# ALABAMA COURT OF CRIMINAL APPEALS



December 20, 2024

**CR-2024-0354**
Jeremy Heath Higgins v. State of Alabama (Appeal from Cullman Circuit Court:
CC-23-326)

## <u>NOTICE</u>

You are hereby notified that on December 20, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk